UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALISHA HARVEY,

                        Plaintiffs,                  Index No. 1:24-cv-7570-VEC

      - against -

NYC HEALTH AND HOSPITALS
CORPORATION; and PHYSICIAN AFFILIATE
GROUP OF NEW YORK, P.C.,

                        Defendants.
-----------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Ayo Alston-Moore, Esq., of the law firm of Filippatos, PLLC, hereby enters an appearance on behalf of Plaintiff, Alisha Harvey, in the above-captioned action and requests that all notices of electronic filing and other papers required to be served in this action be served upon the undersigned at the email address below.

Dated: October 22, 2024                        Respectfully submitted,
       White Plains, New York

                                          **FILIPPATOS PLLC**

                               By:   */s/ Ayo Alston-Moore*
                                   Ayo Alston-Moore
                                   199 Main Street, Ste 800
                                   White Plains, New York 10601
                                   T: (914) 984-1111
                                   aalstonmoore@filippatoslaw.com
                                   *Attorney for Plaintiff*